IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ISACC SIMENTAL,                No. 2:05-cv-1407-MCE-DAD-P

      Petitioner,

  v.                                    ORDER

D.L. RUNNELS,

      Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 23, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1 Petitioner has filed objections to the Findings and
2 Recommendations and a motion requesting the appointment of
3 counsel.
4     In accordance with the provisions of 28 U.S.C.
5 § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
6 de novo review of this case.  Having carefully reviewed the
7 entire file, the Court finds the Findings and Recommendations to
8 be supported by the record and by proper analysis.
9     Petitioner's request for the appointment of counsel will be
10 denied.  There currently exists no absolute right to appointment
11 of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d
12 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes
13 the appointment of counsel at any stage of the case "if the
14 interests of justice so require."  See Rule 8(c), Fed. R.
15 Governing § 2254 Cases.  In the present case, the Court does not
16 find that the interests of justice would be served by the
17 appointment of counsel.
18     Accordingly, IT IS HEREBY ORDERED that:
19     1.  The Findings and Recommendations filed May 23, 2006, are
20 adopted in full;
21     2.  Petitioner's May 31, 2006 motion for the appointment of
22 counsel is denied; and
23 ///
24 ///
25 ///
26 ///

3.  This action is summarily dismissed because it plainly appears from the face of the amended petition that Petitioner is not entitled to relief pursuant to 28 U.S.C. § 2254.

DATED: June 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3